UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW JESSE HERNANDEZ, SR.,

Plaintiff,

v.

ROBERT ST'ANDRE, et al.,

Defendants.

No. 2:26-cv-2768 CSK P

ORDER

Plaintiff is a state prisoner proceeding pro se. On August 12, 2026, plaintiff's second and third claims in No. 2:25-cv-1412 CSK P were severed and opened in this new civil rights action pursuant to 42 U.S.C. § 1983. Thus, plaintiff must file an in forma pauperis affidavit in this new action, and will be required to pay the filing fee of $350.00 as he was in the prior action.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Because plaintiff may not wish to incur an additional filing fee, plaintiff is granted leave to voluntarily dismiss this action, or he may file an in forma pauperis affidavit if he wishes to proceed with this second action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, the appended Notice of Election form, in which he opts to voluntarily dismiss this action without incurring the

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

court's filing fee, or elects to proceed with this action by filing an application to proceed in forma pauperis on the form provided by the Clerk of Court; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: August 14, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hern2768.3a

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW JESSE HERNANDEZ, SR.,

Plaintiff,

v.

ROBERT ST'ANDRE, et al.,

Defendants.

No. 2:26-cv-2768 CSK

NOTICE OF ELECTION

Plaintiff elects to proceed as follows:

______ Plaintiff opts to voluntarily dismiss this action to avoid incurring a second court filing fee. Under this option, plaintiff consents to dismissal of the First Amendment claims against defendants Robert ST'Andre; Gena Jones; Kathleen Allison; Rob Bonta; Brian Kibler; Kimberly Thornton; Jolene Sphere; Shalom Orenstein; and Joseph Malachlas, without prejudice.

**OR**

_____ Plaintiff opts to submit an application to proceed in forma pauperis, incur the court's filing fee, and proceed with his First Amendment claims raised in this action against defendants Robert ST'Andre; Gena Jones; Kathleen Allison; Rob Bonta; Brian Kibler; Kimberly Thornton; Jolene Sphere; Shalom Orenstein; and Joseph Malachlas.

DATED:

______________________________
Plaintiff